**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS
EAST SAINT LOUIS DIVISION**

| | |
|---|---|
| ALYSSA MARIE PRATZ, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>MOD SUPER FAST PIZZA, LLC d/b/a MOD PIZZA, a Delaware limited liability company,<br><br>Defendant. | Case No. 3:21-cv-00757<br><br><br>Hon. Reona J. Daly |

**PLAINTIFF'S UNOPPOSED MOTION FOR FINAL APPROVAL OF CLASS
ACTION SETTLEMENT**

For the reasons stated in her accompanying Memorandum of Law, Plaintiff Alyssa Marie Pratz, on behalf of herself and the Settlement Class, moves this Court to enter her proposed order and grant final approval of this class action settlement. Defendant MOD Super Fast Pizza, LLC does not oppose this motion.

Dated: June 6, 2022

Respectfully submitted,

**ALYSSA MARIE PRATZ**

By: /s/ Alex J. Dravillas

Benjamin J. Whiting
  ben.whiting@kellerpostman.com
Alex J. Dravillas
  ajd@kellerpostman.com
**KELLER POSTMAN LLC**
150 North Riverside Plaza, Suite 4100
Chicago, IL 60606
Tel: (312) 741-5220

***Attorneys for Plaintiff and the
Settlement Class***

## CERTIFICATE OF SERVICE

I, Alex J. Dravillas, an attorney, hereby certify that on June 6, 2022, I caused a true and correct copy of **Plaintiff's Unopposed Motion for Final Approval of Class Action Settlement** to be filed electronically. Notice of this filing will be sent to all parties registered on this Court's CM/ECF system. Parties may access this filing through the Court's system.

*/s/  Alex J. Dravillas*